

**ORDERED in the Southern District of Florida on October 10, 2014.**

**A. Jay Cristol, Judge
United States Bankruptcy Court**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**ADRIANA MARTINEZ,**                              **Case No. 14-17838-AJC**
        **Debtor(s)**                                            **Chapter 7**

_____ /

### ORDER GRANTING DEBTOR'S EX-PARTE MOTION FOR RELEASE OF FUNDS DEPOSITED IN TRUST ACCOUNT

This matter coming before the Court on the Debtor's Ex-Motion for Release of funds deposited in Trust Account.

(i) The Court having reviewed and considered the Motion and accompanying papers submitted thereto; (ii) the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334 and (iii), the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT**:

1) The Motion is Granted and;

2) The attorney Christian Diaz, Esq. is authorized to release the funds held in his trust account and return the funds to the debtor.

##

Copies furnished to:

Christian S. Diaz, Esq., is directed to serve a copy of this Order on all parties in interest and file a certificate of service.